UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ISABELLE CARNOT,

          Plaintiff,

v.

ASSISTCARE HOME HEALTH SERVICES, LLC,

          Defendant.
-------------------------------------------------------------x

**ORDER STAYING ACTION PENDING ARBITRATION**

20 CV 3084 (PMH)

By stipulation dated July 13, 2020, and So Ordered July 14, 2020, the parties have agreed to arbitrate the instant dispute. Accordingly, it is HEREBY ORDERED:

1. This action is hereby STAYED pending arbitration.

2. The Clerk is instructed to (i) terminate the motion (Doc. 12); and (ii) administratively close this case, without prejudice to either party moving by letter motion to reopen the case within thirty days of the conclusion of the arbitration proceedings.[1]

All scheduled conferences or other scheduled court appearances are cancelled.

Dated: July 14, 2020
      New York, NY

SO ORDERED:

_____
Philip M. Halpern
United States District Judge

---

[1] *See Zimmerman v. UBS AG*, 2018 WL 4054860, at *6 (S.D.N.Y. Aug. 24, 2018), *appeal dismissed*, 789 F. App'x 914, 915–16 (2d Cir. 2020) (summary order) ("The district court's administrative closure of the case does not constitute a final decision: there is no jurisdictional significance to [a] docket entry marking [a] case as 'closed,' which we will assume was made for administrative or statistical convenience.").